**Order entered August 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00833-CV

### SUJEET ACHARYA M.D., TEXAS ONCOLOGY P.A., AND TEXAS UROLOGY SPECIALISTS, Appellants

### V.

### BERNICE MARIE GOMEZ, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-12969**

## ORDER

Before the Court is court reporter Gina Udall's request for a thirty-day extension of time to file the reporter's record. Because this is an accelerated appeal, we **GRANT** the request to the extent we **ORDER** the record be filed no later than August 24, 2018. *See* TEX. R. APP. P. 35.3(c).

/s/     DAVID EVANS
          JUSTICE